UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 09-10377-NMG

UNITED STATES OF AMERICA

v.

CLEVELAND BRANDON

REPORT AND RECOMMENDATION RE:
PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
UNDER 28 U.S.C. § 2255
(DOCKET ENTRY # 29)

July 5, 2016

BOWLER, U.S.M.J.

Pending before this court is a motion to vacate the sentence of pro se defendant Cleveland Brandon ("Brandon") under 28 U.S.C. § 2255 ("section 2255"). (Docket Entry # 29). The government opposes the motion which is ripe for review. (Docket Entry # 31).

On December 2, 2009, a grand jury convened in the United States District Court for the District of Massachusetts indicted Brandon on one count of being a felon in possession of a firearm and ammunition pursuant to 18 U.S.C. § 922(g)(1). On December 13, 2010, Brandon pled guilty to the one count Indictment and was subsequently sentenced to 180 months imprisonment, three

*Report and Recommendation accepted and adopted. NSM Gorton, USDJ 8/15/16*